**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  LUIS A. GONZALEZ      :  No. 17-11285-ref
                              :
       Debtor                 :  Chapter 7

**PRAECIPE FOR ENTRY OF APPEARANCE ON BEHALF OF THE DEBTOR**

**TO THE CLERK OF COURTS:**

Kindly enter the appearance of Amanda Kurecian and Thomas L. Lightner, as attorneys for the debtor, Luis A. Gonzalez, in the above-captioned matter.

LIGHTNER LAW OFFICES, P.C.

BY:  /s/ Amanda Kurecian, Esquire
     Amanda Kurecian, Esquire
     I.D. #312011

BY: /s/ Thomas L. Lightner, Esquire
    Thomas L. Lightner, Esquire
    I.D. # 65841
    4652 Hamilton Blvd.
    Allentown, PA 18103
    Telephone: 610-530-9300
    Attorneys for the Debtor