United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-11285-ref
Luis A. Gonzalez                                                    Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa              Page 1 of 2           Date Rcvd: May 03, 2017
                              Form ID: pdf900         Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
```
db           +Luis A. Gonzalez,    272 Ridgeview Drive,    Albertis, PA 18011-9343
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13871784      Credit Control Service,    5757 Phantom Dr Ste 330,    Richmond VA 23238
13871785     +Nationstar,    PO Box 619063,    Dallas TX 75261-9063
13880098     +Nationstar Mortgage LLC,    KML Law Group, P.C.,    701 Market St, Suite 5000,
               Philadelphia, PA 19106-1541
13875607     +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13871786     +Phelan Hallinan Diamond & Jones,    1617 3FK Blvd,    Ste 1400,    One Penn Center Plaza,
               Philadelphia, PA 19103-1814
13871787     +Real Time Solutions,    PC BOX 731940,    Dalls TX 75373-0001
13871788     +State of PA Tax & Fiance,    3 Revenue Place,    Harrisburg PA 17129-0003
13871789     +Susquehanna Bank,    521 North Second St,    Shamokin PA 17872-5139
13871790     +Torres Credit Service,    27 Fairview St,    Carlisle PA 17015-3200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: robertsl2@dnb.com May 04 2017 01:46:05     Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 04 2017 01:46:11     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13892827      E-mail/Text: bankruptcy@bbandt.com May 04 2017 01:45:19     BB&T,    PO Box 1847,
               Wilson NC 27894
13900693      E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 04 2017 01:45:40
               Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
               Harrisburg PA  17128-0946
13875691     +E-mail/PDF: gecsedi@recoverycorp.com May 04 2017 01:49:56     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
cr*          +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13871783    ##+Bank of America,    475 Cross Point Pkwy,    Getzville NY 14068-1609
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
```
              AMANDA LAUREN KURECIAN    on behalf of Debtor Luis A. Gonzalez tlightner@lightnerlaw.com
              DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              THOMAS L. LIGHTNER    on behalf of Debtor Luis A. Gonzalez tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-4          User: Lisa                Page 2 of 2              Date Rcvd: May 03, 2017
                              Form ID: pdf900           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LUIS A. GONZALEZ : CHAPTER 7 to CHAPTER 13
:
DEBTOR : Bky. No. 17-11285-ref

## ORDER

**AND NOW** the Debtor has filed a motion, in accordance with 11 U.S.C. S 706(a), seeking to convert this case to a case under chapter 13 of the Bankruptcy Code. The court has considered the record, and finds that the case has not been converted previously under 11 U.S.C.S 1112 or SS 1208, or S 1307.

IT IS ORDERED THAT:

1. This Chapter 7 case is converted to a case under Chapter 13.

2. The Chapter 7 trustee within 30 days of the date of this order shall file:

   a. an account of all receipts and disbursements made in the chapter 7 case;

   b. a report on the administration of the case pursuant to 11 U.S.C. S 704(9).

3. The trustee forthwith shall turn over to the Debtor all records and property of the estate remaining in the trustee's custody and control.

4. The trustee or any other party entitled to compensation may, within 30 days of the date of this order, file an application for compensation and reimbursement of expenses.

5. The Debtor within 15 days from the date of this order shall file a Chapter 13 Plan as well as the statements and schedules required by Bankruptcy Rule 1007(b), if such documents have not already been filed.

BY THE COURT:

**Date: May 3, 2017**

_____
Bankruptcy Judge

Copies:
Amanda Kurecian, Esquire
Thomas L. Lightner, Esquire
4652 Hamilton Blvd.
Allentown, PA 18103

David A. Eisenberg, Esquire
Chapter 7 Trustee
4167 Winchester Rd.
Allentown, PA 18104

U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Luis A. Gonzalez
272 Ridgeview Drive
Albertis, PA 18011