IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Luis A. Gonzalez            :
                                       :   Case No. 17-11285-ref
                                       :
           Debtors,                    :   Chapter 13

## CERTIFICATE OF SERVICE

I, Susan L. Bennett, Paralegal to Amanda Kurecian, Esquire, Debtor's attorney, hereby certify that I served a true and correct copy of the Amended Voluntary Petition for Individuals Filing for Bankruptcy, upon the following persons by first-class mail, postage prepaid and/or electronic mail on the 9th day of May, 2017:

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St Lawrence Ave.
PO Box 4010
Reading, PA 19606

Mr. Luis A. Gonzalez
272 Ridgeview Drive.
Alburtis, PA 18011

United States Trustee's Office
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

AND TO ALL CREDITORS AS THEY APPEAR ON THE MAILING MATRIX ATTACHED HERETO and to the following credit reporting agency along with a copy of the Amended Statement of Social Security Number, addressed as follows:

TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

Equifax Credit Information Services, LLC
P.O. Box 740241
Atlanta, GA 30374

Experian National Consumer Assistance Center
P.O. Box 4500
Allen, TX 75013

LIGTNER LAW OFFICES, P.C.

Dated: May 9, 2017        By:    /s/ Susan L. Bennett
                                 Susan L. Bennett, Paralegal to
                                 Thomas L. Lightner, Esquire
                                 Attorney for Debtor

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

Bank of America
475 Cross Point Pkwy
Getzville NY 14068-1609

Credit Control Service
5757 Phantom Dr Ste 330
Richmond VA 23238

Nationstar
PO Box 619063
Dallas TX 75261-9063

Nationstar Mortgage LLC
KML Law Group, P.C.
701 Market St, Suite 5000
Philadelphia, PA 19106-1541

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division   PO Box 280946
Harrisburg PA   17128-0946

Phelan Hallinan Diamond & Jones
1617 3FK Blvd
Ste 1400
One Penn Center Plaza
Philadelphia PA 19103-1814

Real Time Solutions
PC BOX 731940
Dalls TX 75373-0001

State of PA Tax & Fiance
3 Revenue Place
Harrisburg PA 17129-0003

Susquehanna Bank
521 North Second St
Shamokin PA 17872-5139

Torres Credit Service
27 Fairview St
Carlisle PA 17015-3200

BB&T
PO Box 1847
Wilson NC 27894

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021