United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Luis A. Gonzalez  
     Debtor

Case No. 17-11285-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: May 17, 2017  
                 Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2017.
```
db             +Luis A. Gonzalez,    272 Ridgeview Drive,    Albertis, PA 18011-9343
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 18 2017 01:20:43      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2017 at the address(es) listed below:
```
              AMANDA LAUREN KURECIAN    on behalf of Debtor Luis A. Gonzalez tlightner@lightnerlaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              THOMAS L. LIGHTNER    on behalf of Debtor Luis A. Gonzalez tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

## UNITED STATES BANKRUPTCY COURT FOR

## THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  LUIS A. GONZALEZ           ) No. 17-11285
                                   )
       Debtor                      ) Chapter 13

## ORDER

AND NOW upon Motion of Debtor for an Extension of Time to file his chapter 13 Plan and any missing statements or schedules as defined in the "Motion",

IT IS HEREBY ORDERED that the Debtor is granted an extension of time until June 8, 2017, to file his chapter 13 Plan and any missing statements or schedules as required by Bankruptcy Rule 1007(b), as defined in the Motion.

BY THE COURT:

**Date: May 17, 2017**

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE