## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    Luis A. Gonzalez | : | |
| | : | Case No. 17-11285-ref |
| | : | |
| Debtors, | : | Chapter 13 |

## AFFIDAVIT OF NO EMPLOYEE INCOME RECORDS

The above debtor hereby states that he is self-employed and therefore receives no employee income records.

Dated:  January 12, 2018          /s/ Luis A. Gonzalez
                                  Luis A. Gonzalez


                                  LIGTNER LAW OFFICES, P.C.

Dated:  January 12, 2018    By:    /s/ Thomas L. Lightner, Esquire
                                  Thomas L. Lightner, Esquire
                                  Attorney for Debtor
                                  4652 Hamilton Blvd.
                                  Allentown, PA 18103
                                  610-530-9300 – Phone
                                  610-530-9310 - Fax