IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  LUIS A. GONZALEZ　　　　　: CHAPTER 13
　　　　　　　　　　　　　　　　　:
　　　　Debtor　　　　　　　　　　: No. 17-11285-ref


**Certificate of No Response**

I, Thomas L. Lightner, attorney for the above Debtor, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive Pleading has been filed to Debtor's Motion to Avoid Lien of CAPITAL ONE BANK USA NA.

I further certify that the same was served together with the Notice of Motion, Response Deadline and Hearing Date and proposed Order by first class mail or electronic mail on August 7, 2018, as evidenced by the Certificate of Service filed in this case, and to the Respondent, CAPITAL ONE BANK USA NA,  Counsel for CAPITAL ONE BANK USA NA, the Clerk of Courts for Lehigh County, the Chapter 13 Trustee and the U.S. Trustee.


Dated:  September 5, 2018　　　　　/s/ Thomas L. Lightner, Esquire
　　　　　　　　　　　　　　　　　Thomas L. Lightner, Esquire
　　　　　　　　　　　　　　　　　Lightner Law Offices, P.C.
　　　　　　　　　　　　　　　　　4652 Hamilton Blvd.
　　　　　　　　　　　　　　　　　Allentown, PA 18103-6021