Bank of America
475 Cross Point Parkway
Getzville, NY 14068


Branch Banking & Trust Company
Bankruptcy Section
P.O. Box 1847; 100-50-01-51
Wilson, NC 27894


Capital One Bank USA NA
4851 Cox Road
Glen Allen, VA 23060


Credit Control Services
5757 Phantom Drive
Suite 330
Henrico, VA 23238


David J. Apothaker, Esquire
Apothaker & Associates
520 Fellowship Rd.
Mount Laurel, NJ 08054


Equitable Ascent Financial LLC
1120 W. Lake Cook Road
Buffalo Grove, IL 60089


Frederick I. Weinberg, Esquire
Gordon & Weinberg, P.C.
1001 E. Hector Street, Suite 220
Conshohocken, PA 19428


Internal Revenue Service
Cincinnati, OH 45999-0030