## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        Luis A. Gonzalez           :
                                         :    Case No. 17-11285-ref
                                         :
              Debtor,                    :    Chapter 13

## CERTIFICATE OF SERVICE

I, Susan L. Bennett, Paralegal to Thomas L. Lightner, Esquire, Debtor's attorney, hereby certify that I served a true and correct copy of the Amended Schedules A/B and C, Amended Schedules E/F, amended Matrix and Amended Disclosure of Compensation of Attorney for Debtor, upon the following persons by first-class mail, postage prepaid and/or electronic mail on the 5th day of August, 2018:

Pennsylvania Dept. of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #150
Dallas, TX 75247-4029

BB&T Bankruptcy
P.O. Box 1847
Wilson, NC 27894

LVNV Funding, LLC, assignee of
Citibank (South Dakota), N.A.
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

William C. Miller, Trustee
Interim Chapter 13 Trustee
2901 St Lawrence Ave.
PO Box 4010
Reading, PA  19606

Mr. Luis A. Gonzalez
272 Ridgeview Drive.
Alburtis, PA 18011

United States Trustee's Office
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Nationstar Mortgage LLC
P.O. Box 619094
Dallas, TX 75261-9741

Internal Revenue Service
Cincinnati, OH 45999-0030

LIGTNER LAW OFFICES, P.C.

Dated:  September 5, 2018        By:    /s/ Susan L. Bennett
                                        Susan L. Bennett, Paralegal to
                                        Thomas L. Lightner, Esquire
                                        Attorney for Debtor