# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Luis A. Gonzalez | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 17-11285 |

## NOTICE

To the debtor, debtor's counsel, trustee, and Nationstar Mortgage, LLC

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim (#6) in the amount of $139,052.51 (secured) has been filed in your name by Thomas L. Lightner, Esquire (attorney for debtor) on September 5, 2018.

Dated: September 6, 2018

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: s/Lisa Henry
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)