**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  LUIS A. GONZALEZ | : CHAPTER 13 |
| | : |
| Debtor, | : No.  17-11285-ref |

## ORDER

      **AND NOW**, upon consideration of the motion of the Debtor to avoid an alleged judicial lien of **PORTFOLIO RECOVERY ASSOCIATES LLC ("PRA")** entered in the Court of Common Pleas of Lehigh County, Pennsylvania at Docket No. 2012-N-1576, in the sum of $2,149.18, in Debtor's exempt personal and real property as provided in Debtor's Schedules A/B and C, and as defined in the motion (the "Motion"), and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. §522(f)(l), and upon Debtor having certified that adequate notice of the motion was sent to the lien holder, and opportunity for hearing thereon,

      **IT IS HEREBY ORDERED** that the motion is **GRANTED** and the judicial lien of **PORTFOLIO RECOVERY ASSOCIATES LLC**, is avoided to the extent it impairs Debtor's exemption(s).

      **IT IS FURTHER ORDERED** that the Clerk of the Civil Division, Court of Common Pleas of Lehigh County, Pennsylvania, may, upon filing of this Order, mark the judicial lien "satisfied".

BY THE COURT:

*[signature]*

**Date: September 6, 2018**