United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Luis A. Gonzalez  
     Debtor

Case No. 17-11285-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 1    Date Rcvd: Sep 06, 2018  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2018.  
db          +Luis A. Gonzalez,    272 Ridgeview Drive,    Albertis, PA 18011-9343

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:  
       AMANDA LAUREN KURECIAN    on behalf of Debtor Luis A. Gonzalez tlightner@lightnerlaw.com, r50447@notify.bestcase.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
       THOMAS L. LIGHTNER    on behalf of Debtor Luis A. Gonzalez tlightner@lightnerlaw.com, sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com  
                                                 TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re : Chapter 13

:

Luis A. Gonzalez

:

Debtor(s) : Bankruptcy No. 17-11285

# NOTICE

To the debtor, debtor's counsel, trustee, and Nationstar Mortgage, LLC

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim (#6) in the amount of $139,052.51 (secured) has been filed in your name by Thomas L. Lightner, Esquire (attorney for debtor) on September 5, 2018.

Dated: September 6, 2018

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: s/Lisa Henry
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)