United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Luis A. Gonzalez
    Debtor

Case No. 17-11285-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Sep 06, 2018
                     Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2018.
db          +Luis A. Gonzalez,    272 Ridgeview Drive,    Albertis, PA 18011-9343
14176666       +Equable Ascent Financial LLC,    1120 W. Lake Cook Road,    Buffalo Grove, IL 60089-1970

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2018 02:18:21     Synchrony Bank,
        c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                                                                                                                                                                           TOTAL: 1

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14176667     ##+Michael F. Ratchford, Esquire,    Edwin A. Abrahamsen & Associates, P.C.,    120 N. Keyser Avenue,
           Scranton, PA 18504-9701
                                                                                                                                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:
        AMANDA LAUREN KURECIAN    on behalf of Debtor Luis A. Gonzalez tlightner@lightnerlaw.com,
         r50447@notify.bestcase.com
        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        THOMAS L. LIGHTNER    on behalf of Debtor Luis A. Gonzalez tlightner@lightnerlaw.com,
         sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                                                                                                                                                       TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  LUIS A. GONZALEZ         : CHAPTER 13
                                 :
        Debtor,                  : No.  17-11285-ref

## ORDER

AND NOW, upon consideration of the motion of the Debtor to avoid an alleged judicial lien of **EQUABLE ASCENT FINANCIAL LLC ("EAF")** entered in the Court of Common Pleas of Lehigh County, Pennsylvania at Docket No. 2013-N-0624, in the sum of $1,269.40, in Debtor's exempt personal and real property as provided in Debtor's Schedules A/B and C, and as defined in the motion (the "Motion"), and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. §522(f)(l), and upon Debtor having certified that adequate notice of the motion was sent to the lien holder, and opportunity for hearing thereon,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the judicial lien of **EQUABLE ASCENT FINANCIAL, LLC**, is avoided to the extent it impairs Debtor's exemption(s).

**IT IS FURTHER ORDERED** that the Clerk of the Civil Division, Court of Common Pleas of Lehigh County, Pennsylvania, may, upon filing of this Order, mark the judicial lien "satisfied".

BY THE COURT:

**Date: September 6, 2018**

_____
                                J.