United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-11285-ref
Luis A. Gonzalez                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa              Page 1 of 1             Date Rcvd: Sep 06, 2018
                              Form ID: pdf900         Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2018.
```
db              +Luis A. Gonzalez,    272 Ridgeview Drive,    Albertis, PA 18011-9343
14178110        +Frederic I. Weinberg, Esquire,    Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 200,
                  Conshohocken, PA 19428-2395
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2018 02:17:50       Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14178109        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 07 2018 02:17:49
                  Capital One Bank USA NA,    4851 Cox Road,    Glen Allen, VA 23060-6293
                                                                                                 TOTAL: 2
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                        Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:
```
              AMANDA LAUREN KURECIAN    on behalf of Debtor Luis A. Gonzalez tlightner@lightnerlaw.com,
               r50447@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              THOMAS L. LIGHTNER    on behalf of Debtor Luis A. Gonzalez tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                 TOTAL: 7
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  LUIS A. GONZALEZ          : CHAPTER 13
                                  :
        Debtor,                   : No.  17-11285-ref

## ORDER

**AND NOW**, upon consideration of the motion of the Debtor to avoid an alleged judicial lien of **CAPITAL ONE BANK USA NA ("CAPITAL ONE")** entered in the Court of Common Pleas of Lehigh County, Pennsylvania at Docket No. 2012-N-1528, in the sum of $1,728.80**,** in Debtor's exempt personal and real property as provided in Debtor's Schedules A/B and C, and as defined in the motion (the "Motion"), and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. §522(f)(l), and upon Debtor having certified that adequate notice of the motion was sent to the lien holder, and opportunity for hearing thereon,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the judicial lien of **CAPITAL ONE BANK USA NA**, is avoided to the extent it impairs Debtor's exemption(s).

**IT IS FURTHER ORDERED** that the Clerk of the Civil Division, Court of Common Pleas of Lehigh County, Pennsylvania, may, upon filing of this Order, mark the judicial lien "satisfied".

BY THE COURT:

**Date: September 6, 2018**

_____
                                                J.