# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Luis A. Gonzalez     :
                                                                                    :     Case No. 17-11285-ref
                                                                                    :
             Debtor,     :     Chapter 13

## CERTIFICATE OF SERVICE

I, Susan L. Bennett, Paralegal to Thomas L. Lightner, Esquire, Debtor's attorney, hereby certify that I served a true and correct copy of the Amended Schedules I and J and Debtor's Third Amended Chapter 13 Plan, upon the following persons by first-class mail, postage prepaid and/or electronic mail on the 6th day of March, 2019:

Pennsylvania Dept. of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #150
Dallas, TX 75247-4029

BB&T Bankruptcy
P.O. Box 1847
Wilson, NC 27894

LVNV Funding, LLC, assignee of
Citibank (South Dakota), N.A.
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Scott F. Waterman, Trustee
Standing Chapter 13 Trustee
2901 St Lawrence Ave.
PO Box 4010
Reading, PA 19606

Mr. Luis A. Gonzalez
272 Ridgeview Drive.
Alburtis, PA 18011

United States Trustee's Office
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Nationstar Mortgage LLC
P.O. Box 619094
Dallas, TX 75261-9741

LIGTNER LAW OFFICES, P.C.

Dated: March 6, 2019      By:   /s/ Susan L. Bennett
                                                     Susan L. Bennett, Paralegal to
                                                     Thomas L. Lightner, Esquire
                                                     Attorney for Debtor