**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | LUIS A. GONZALEZ, | : | Chapter |
| | | : | |
| | Debtor | : | Bky. No. 17-11285 ELF |

# O R D E R

AND NOW, upon consideration of the Debtor's Motion to Dismiss Case, it is hereby

**ORDERED** that:

1. This bankruptcy case is **DISMISSED**.

2. The Debtor is **PROHIBITED** from filing another bankruptcy case without first filing a **MOTION** docketed in this bankruptcy case **REQUESTING LEAVE OF COURT** to file the new case.

3. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

4. The prohibition set forth in Paragraph 1 shall **EXPIRE** on **June 12, 2021**.

Date:  June 13, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**