United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-11285-elf
Luis A. Gonzalez                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Christina              Page 1 of 2              Date Rcvd: Jun 13, 2019
                          Form ID: pdf900             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.
```
db            +Luis A. Gonzalez,    272 Ridgeview Drive,    Albertis, PA 18011-9343
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13871783      +Bank of America,    475 Cross Point Pkwy,    Getzville NY 14068-1609
13871784       Credit Control Service,    5757 Phantom Dr Ste 330,    Richmond VA 23238
14178050      +David J. Apothaker, Esquire,    Apothaker & Assocates,    520 Fellowship Rd., Suite C306,
                Mount Laurel, NJ 08054-3410
14176666      +Equable Ascent Financial LLC,    1120 W. Lake Cook Road,    Buffalo Grove, IL 60089-1970
14178110      +Frederic I. Weinberg, Esquire,    Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 200,
                Conshohocken, PA 19428-2395
14176667      +Michael F. Ratchford, Esquire,    Edwin A. Abrahamsen & Associates, P.C.,    120 N. Keyser Avenue,
                Scranton, PA 18504-9701
13871785      +Nationstar,    PO Box 619063,    Dallas TX 75261-9063
13880098      +Nationstar Mortgage LLC,    KML Law Group, P.C.,    701 Market St, Suite 5000,
                Philadelphia, PA 19106-1541
14191636      +Nationstar Mortgage LLC,    P.O. Box 619094,    Dallas,TX 75261-9094
13871786       Phelan Hallinan Diamond & Jones,    1617 3FK Blvd,    Ste 1400,    One Penn Center Plaza,
                Philadelphia PA 19103
13871787      +Real Time Solutions,    PC BOX 731940,    Dalls TX 75373-0001
13871788      +State of PA Tax & Fiance,    3 Revenue Place,    Harrisburg PA 17129-0003
13871789      +Susquehanna Bank,    521 North Second St,    Shamokin PA 17872-5139
14193146      +Thomas L. Lightner, Esquire,    Lightner Law Offices, PC,    4652 Hamilton St.,
                Allentown, PA 18103-6021
13871790      +Torres Credit Service,    27 Fairview St,    Carlisle PA 17015-3200
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2019 03:31:59     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13892827       E-mail/Text: bankruptcy@bbandt.com Jun 14 2019 03:30:50      BB&T,    PO Box 1847,
                Wilson NC 27894
13939253       E-mail/Text: bankruptcy@bbandt.com Jun 14 2019 03:30:50      BB&T Bankruptcy,    PO Box 1847,
                Wilson, NC 27894
14192002      +E-mail/Text: bankruptcy@bbandt.com Jun 14 2019 03:30:50      Branch Banking & Trust Company,
                Bankruptcy Section,    PO Box 8147; 100-50-01-51,    Wilson NC 27893-1147
14178109      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 03:25:10
                Capital One Bank USA NA,    4851 Cox Road,    Glen Allen, VA 23060-6293
14192003       E-mail/Text: cio.bncmail@irs.gov Jun 14 2019 03:30:49      Internal Revenue Service,
                Cincinnati OH 45999-0030
13994811       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2019 03:25:18
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                N.A.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14178049       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 03:26:01
                Portfolio Recovery Associates, LLC,    140 Corporate Blvd.,    Norfolk, VA 23502
13875607      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 03:25:14
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13900693       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2019 03:31:29
                Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                Harrisburg PA  17128-0946
13938682       E-mail/Text: bkdepartment@rtresolutions.com Jun 14 2019 03:31:45
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
13875691      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 03:25:31      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
cr*           +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Christina                Page 2 of 2                  Date Rcvd: Jun 13, 2019
                              Form ID: pdf900                Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              AMANDA LAUREN KURECIAN    on behalf of Debtor Luis A. Gonzalez tlightner@lightnerlaw.com,
               r50447@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS L. LIGHTNER    on behalf of Debtor Luis A. Gonzalez tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | LUIS A. GONZALEZ, | : | Chapter |
| | | : | |
| | Debtor | : | Bky. No. 17-11285 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Dismiss Case, it is hereby **ORDERED** that:

1. This bankruptcy case is **DISMISSED**.

2. The Debtor is **PROHIBITED** from filing another bankruptcy case without first filing a **MOTION** docketed in this bankruptcy case **REQUESTING LEAVE OF COURT** to file the new case.

3. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

4. The prohibition set forth in Paragraph 1 shall **EXPIRE** on **June 12, 2021**.

Date:  June 13, 2019

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**