# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Luis A. Gonzalez dba Duke's Lacrosse Academy<br>               Debtor | Chapter 13 |
| NATIONSTAR MORTGAGE LLC<br>                    v.<br>Luis A. Gonzalez dba Duke's Lacrosse Academy<br>                              and<br>Scott Waterman<br>                  Trustee | NO. 17-11285 ELF |

## ORDER

AND NOW, this 11th day of July, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on May 31, 2019 it is **ORDERED** A that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow NATIONSTAR MORTGAGE LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 272 Ridgeview Drive Albertis, PA 18011.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**