# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Luis A. Gonzalez       : CHAPTER 13
                                 :
          Debtor                 : No. 17-11285

## PRAECIPE TO WITHDRAW DEBTOR'S APPLICATION FOR COMPENSATION

To the Clerk:

Kindly withdraw Debtor's Application for Compensation filed on November 30, 2018, Docket No. 85.

LIGHTNER LAW OFFICES, P.C.

Dated: July 11, 2019

/s/ Thomas L Lightner
Thomas L. Lightner, Esq.
4652 Hamilton Blvd.
Allentown, Pa 18103
610-530-9300