IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  LUIS GONZALEZ           :       Case No. 17-11285
                                :
             Debtor             :       Chapter 13

## PRAECIPE TO CHANGE ADDRESS

To the Clerk:

Please change the address of the above debtor to:

>300 Penisula Drive
>Carolina Beach, NC 28428


LIGHTNER LAW OFFICES, P.C.

Dated:  August 14, 2019          /s/ Thomas L Lightner
                                 Thomas L. Lightner, Esq.
                                 Attorney for Debtor
                                 4652 Hamilton Blvd.
                                 Allentown, Pa 18103
                                 Office: 610-530-9300